UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEONARD GARY COOK, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR03-00211-JCC-002 <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 18, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Michael J. Lang, and defendant was represented by Paula Semmes Deutsch. Also present was U.S. Probation Officer Brian K. Facklam. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on June 18, 2004 by the Honorable John C. Coughenour for Conspiracy in violation of 18 U.S.C. § 371 and Bank Fraud. He received 18 months imprisonment and 5 years of supervised release. On June 2, 2008, the Court took no action after defendant admitted using cocaine. On July 2, 2008, the Court modified defendant's supervision and added 90 days of home confinement with electronic monitoring after defendant tested

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

positive for controlled substances.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated February 25, 2009, U.S. Probation Officer Brian K. Facklam alleged that defendant violated the following conditions of supervised release:

1. Using methamphetamine on or before February 4, 2009, in violation of standard condition 7 and the special condition which prohibits drug use.

2. Failing to appear for drug testing on October 21, December 29 and 30, 2008; in addition to January 5, February 2 and 3, 2009, in violation of the special condition requiring him to submit to drug testing as instructed.

3. Failing to participate as instructed by the U.S. Probation Officer in a program approved by the probation office for substance abuse in violation of the special condition requiring that he do so.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing April 3, 2009 at 9:00 a.m. before District Judge John C. Coughenour. Upon defendant's admissions to violations 1 and 2, the United States withdrew violation No. 3.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 18th day of March, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2