UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEONARD GARY COOK, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR03-211-JCC <br><br> SUMMARY REPORT OF U.S. <br> MAGISTRATE JUDGE AS TO <br> ALLEGED VIOLATIONS <br> OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 2, 2009. The United States was represented by Assistant United States Attorney Nicholas Brown, and the defendant by Paula Semmes Deutsch.

The defendant had been charged and convicted of Conspiracy, in violation of 18 U.S.C. § 371, and Bank Fraud, in violation of 18 U.S.C. § 1344. On or about June 18, 2004, defendant was sentenced by the Honorable John C. Coughenour, to a term of eighteen (18) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $11,928 restitution, submit to search, up to 150 days RRC placement, maintain single checking account, business record disclosure, disclose all assets and liabilities, no new credit, and ID condition.

In a Petition for Warrant or Summons, dated October 29, 2009, U.S. Probation Officer Brian K. Facklam asserted the following violation by defendant of the conditions of his supervised release:

(1) Failing to satisfactorily participate in a residential reentry program as directed on or about October 28, 2009, in violation of the special condition ordering that he do so.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable John C. Coughenour on November 13, 2009 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of November, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Mr. Nicholas Brown
Defendant's attorney: Ms. Paula Semmes Deutsch
Probation officer: Mr. Brian K. Facklam